# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: <u>ED CV 17-821-AB (PLA)</u>　　　　　　　　　　　Date: <u>March 12, 2018</u>

Title:　<u>Angela D. Devonshire v. Nancy A. Berryhill, Acting Commissioner of Social Security</u>

---

**PRESENT:** THE HONORABLE　<u>PAUL L. ABRAMS</u>

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANT:**
NONE

**PROCEEDINGS:　(IN CHAMBERS)**

Pursuant to this Court's Order of May 2, 2017, plaintiff was ordered to file a Motion for Summary Judgment forty-five days from the filing of plaintiff's Notice of Compliance, <u>i.e.</u>, by March 2, 2018. To date, the Motion for Summary Judgment has not been filed with the Court. Accordingly, **no later than March 19, 2018, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the Motion for Summary Judgment on or before March 19, 2018, shall be deemed compliance with this Order to Show Cause.

**Plaintiff's failure to timely respond to this Order shall result in dismissal of this action.**

cc:　Angela D. Devonshire, aka Angela D. Richardson
　　　Tina R. Saladino, SAUSA

Initials of Deputy Clerk　<u>ch</u>